IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

## SCHEDULING ORDER – NO. 2

**AND NOW**, this 29th day of September, 2017, following the Plaintiff filing a Motion for a Preliminary Injunction on September 28, 2017, and an unrecorded telephone conference with counsel this date, and agreement of counsel on the following, it is hereby **ORDERED**:

1. The dates set forth in the Court's Order of September 12, 2017 for responses to the Complaint will be STAYED.

2. Defendant will file a response to the Motion for Preliminary Injunction, together with any declarations and/or supporting exhibits by October 12, 2017.

3. The Plaintiff will file a reply brief by October 19, 2017.

4. Oral argument will take place on October 26, 2017 at 10:00 a.m. in Courtroom 3A.

5. The Court will reserve any decision about requiring testimony, particularly if it appears that there are disputes of material fact presented in the declarations.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Scheduling Order No 2 09292017.docx