## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA | CIVIL ACTION |
|---|---|
| v. | NO. 17-3894 |
| JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | |

### ORDER RE: AMICUS BRIEFS

**AND NOW**, this  6th  day of October, 2017, it is hereby **ORDERED** that any amicus brief on the pending motion for preliminary injunction shall be filed no later than October 19, 2017.

                                                  BY THE COURT:

                                                  /s/ Michael M. Baylson

                                                  **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Order re Amicus Briefs.docx