UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA<br><br> *Plaintiff*,<br><br> v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, in his official capacity,<br><br> *Defendant*. | Civ. Action No. 17-3894<br>Hon. Michael M. Baylson |

**MOTION OF ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND IMMIGRATION LAW SCHOLARS FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

HARRY SANDICK (*pro hac vice* pending)
JAMISON DAVIES (*pro hac vice* pending)
MICHAEL D. SCHWARTZ (*pro hac vice* pending)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

IRA N. RICHARDS (PA Bar No. 501879)
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103

PLEASE TAKE NOTICE THAT Professors Caitlin Barry, Seth Davis, Annie Lai, Christopher Lasch, and the other legal scholars listed below in Appendix A move the Court for leave to file a brief *amici curiae* in the above-captioned cases in support of plaintiff's motion for a preliminary injunction. Plaintiff consents to this motion and Defendant takes no position. The proposed brief is attached as Exhibit 1. The facts and law in support of the motion are more fully set forth in the accompanying Memorandum of Law.

Dated: October 19, 2017

Respectfully submitted,

*/s/ Harry Sandick*

HARRY SANDICK (*pro hac vice* pending)
JAMISON DAVIES (*pro hac vice* pending)
MICHAEL D. SCHWARTZ (*pro hac vice* pending)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
hsandick@pbwt.com
jmdavies@pbwt.com
mschwartz@pbwt.com

*/s/ Ira N. Richards*

IRA N. RICHARDS (PA Bar No. 501879)
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103
irchards@schnader.com

1

# APPENDIX A[*]

Muneer I. Ahmad
Clinical Professor of Law and Deputy Dean for Experiential Education
Yale Law School

Amna Akbar
Assistant Professor of Law
The Ohio State University Moritz College of Law

Deborah Anker
Clinical Professor of Law
Harvard Law School

Sabi Ardalan
Assistant Clinical Professor
Harvard Law School

Caitlin Barry
Assistant Professor of Law
Villanova University Charles Widger School of Law

Lenni Benson
Professor of Law
New York Law School

Jason Cade
Associate Professor of Law
University of Georgia Law School

Kristina M. Campbell
Jack and Lovell Olender Professor of Law
Co-Director, Immigration and Human Rights Clinic
University of the District of Columbia David A. Clarke School of Law

Benjamin Casper Sanchez
Director, James H. Binger Center for New Americans
University of Minnesota Law School

R. Linus Chan
Associate Clinical Professor of Law
University of Minnesota Law School

---

[*] *Amici curiae* appear in their individual capacities; institutional affiliations are provided here for identification purposes only.

Erwin Chemerinsky
Dean and Jesse H. Choper Distinguished Professor of Law
University of California, Berkeley School of Law

Holly S. Cooper
Co-Director, Immigration Law Clinic
University of California, Davis School of Law

Ericka Curran
Immigration Clinic Faculty
Florida coastal School of law

Seth Davis
Assistant Professor of Law
University of California, Irvine School of Law

Ingrid V. Eagly
Professor of Law
UCLA School of Law

Richard Frankel
Associate Professor of Law
Drexel University Thomas R. Kline School of Law

César Cuauhtémoc García Hernández
Associate Professor of Law
University of Denver Sturm College of Law

Denise Gilman
Clinical Professor
Director, Immigration Clinic
University of Texas School of Law

Joanne Gottesman
Clinical Professor of Law and Director, Immigrant Justice Clinic
Rutgers Law School

Dina Francesca Haynes
Professor of Law
New England Law

Laila L. Hlass
Professor of Practice
Tulane University School of Law

Geoffrey A. Hoffman
Director
University of Houston Law Ctr. Immigration Clinic

Kari Hong
Assistant Professor and Founder, Ninth Circuit Appellate Program
Boston College Law School

Aziz Huq
Frank and Bernice J. Greenberg Professor of Law
University of Chicago Law School

Anil Kalhan
Associate Professor of Law
Drexel University Thomas R. Kline School of Law

Ramzi Kassem
Professor of Law
CUNY School of Law

Elizabeth Keyes
Associate Professor
University of Baltimore School of Law

Jennifer Lee Koh
Professor of Law
Western State College of Law

Hiroko Kusuda
Clinic Professor
Loyola New Orleans College of Law

Annie Lai
Assistant Clinical Professor of Law
University of California, Irvine School of Law

Christopher N. Lasch
Associate Professor of Law
University of Denver Sturm College of Law

Jennifer J. Lee
Assistant Clinical Professor of Law
Temple University Beasley School of Law

Peter L. Markowitz
Professor of Law
Kathryn O. Greenberg Immigration Justice Clinic, Director
Benjamin N. Cardozo School of Law

Toni M. Massaro
Regent's Professor and Milton O. Riepe Chair in Constitutional Law
University of Arizona James E Rogers College of Law

Elizabeth McCormick
Associate Clinical Professor of Law
University of Tulsa College of Law

Vanessa Merton
Professor of Law
Elisabeth Haub School of Law at Pace University

Nancy Morawetz
Professor of Clinical Law
Co-Director, Immigrant Rights Clinic
NYU School of Law

Hiroshi Motomura
Susan Westerberg Prager Professor of Law
School of Law
University of California, Los Angeles

Karen Musalo
Professor
University of California, Hastings College of the Law

Nina Rabin
Clinical Professor of Law
Director, Bacon Immigration Law and Policy Program
James E. Rogers College of Law, University of Arizona

Jaya Ramji-Nogales
Professor
Temple Law School

Andrea Ramos
Clinical Professor of Law
Director of Immigration Law Clinic
Southwestern Law School

Victor C. Romero
Associate Dean for Academic Affairs, Maureen B. Cavanaugh Distinguished Faculty Scholar &
Professor of Law
Penn State Law (University Park)

Carrie Rosenbaum
Adjunct Professor
Golden Gate University School of Law

Rachel E. Rosenbloom
Professor of Law
Co-Director, Immigrant Justice Clinic
Northeastern University School of Law

Ragini N. Shah
Clinical Professor of Law
Suffolk University Law School

Rebecca Sharpless
Clinical Professor
Roger Schindler Fellow
Director, Immigration Clinic
University of Miami School of Law

Sarah Sherman-Stokes
Associate Director, Immigrants' Rights and Human Trafficking Program
Boston University School of Law

Dan R. Smulian
Associate Professor of Clinical Law
Brooklyn Law School

Ilya Somin
Professor of Law
George Mason University, Antonin Scalia Law School

Juliet P. Stumpf
Robert E. Jones Professor of Advocacy and Ethics
Lewis & Clark Law School

David B. Thronson
Professor of Law
Michigan State University College of Law

Philip L. Torrey
Managing Attorney
Harvard Immigration and Refugee Clinical Program
Harvard Law School

Laurence H. Tribe
Carl M. Loeb University Professor and Professor of Constitutional Law
Harvard Law School

Enid Trucios-Haynes
Professor of Law
Brandeis School of Law

Yolanda Vázquez
Associate Professor of Law
University of Cincinnati College of Law

Shoba Sivaprasad Wadhia
Samuel Weiss Faculty Scholar
Director, Center for Immigrants' Rights Clinic
Penn State Law- University Park

Jonathan Weinberg
Professor of Law
Wayne State University

Virgil Wiebe
Professor of Law
Robins Kaplan Director of Clinical Education
Co-Director, Interprofessional Center
University of St. Thomas (MN)

Michael J. Wishnie
William O. Douglas Clinical Professor of Law
Yale Law School

Stephen Wizner
William O. Douglas Clinical Professor Emeritus
Yale Law School

Stephen W. Yale-Loehr
Professor of Immigration Law Practice
Cornell Law School

# CERTIFICATE OF SERVICE

   I hereby certify that on October 19, 2017, I electronically filed the foregoing Motion of Administrative Law, Constitutional Law, and Immigration Law Scholars for Leave to File an *Amici Curiae* Brief in Support of Plaintiff's Motion for a Preliminary Injunction using the CM/ECF system, which will send notification of such filing to all parties of record.

              */s/ Ira N. Richards*
              Attorney for *Amici Curiae*