| | |
|---|---|
| THE CITY OF PHILADELPHIA<br><br>   *Plaintiff*,<br><br>   v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, in his official capacity,<br><br>   *Defendant*. | Civ. Action No. 17-3894<br>Hon. Michael M. Baylson |

# MEMORANDUM OF LAW IN SUPPORT OF MOTION OF ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND IMMIGRATION LAW SCHOLARS FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

HARRY SANDICK (*pro hac vice* pending)
JAMISON DAVIES (*pro hac vice* pending)
MICHAEL D. SCHWARTZ (*pro hac vice* pending)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

IRA N. RICHARDS (PA Bar No. 501879)
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103

10044565v.1

## I. STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

District courts have "broad discretion" to allow the participation of *amici curiae* in a case. *Sciotto ex rel. Sciotto v. Marple Newtown Sch. Dist.*, 70 F. Supp. 2d 553, 554 (E.D. Pa. 1999). Courts in this district accept *amici* filings where they present information that is "timely and useful" and where the proposed *amici* has a "special interest" in the particular case. *Id.* at 555. This Court also signaled its interest in the receipt of *amicus* briefs when it set a deadline for the filing of such briefs. Order Regarding *Amicus* Briefs, *City of Philadelphia v. Sessions*, No. 17-cv-3894, ECF. No. 27 (Oct. 6, 2017).

## II. *AMICI CURIAE*'S EXPERTISE WILL ASSIST IN THE COURT'S CONSIDERATION OF THE MOTION

The *amici*, all of whom are independent of the parties to this action, are law professors and scholars who have a professional interest in the issues presented on this case. *Amici* have researched, studied, and taught in the areas of constitutional law, administrative law, and immigration law and have specific expertise in the issues of separation of powers and executive power addressed in this brief.

*Amici* include professors who have taught and published extensively in the area of constitutional law. For example, Professor Erwin Chemerinsky is the Dean and Jesse H. Choper Distinguished Professor of Law at Berkeley Law. His areas of expertise include constitutional law, federal practice, and civil rights and civil liberties. He is the author of seven books and nearly 200 articles in major law reviews, and his academic work has been frequently cited by courts. Another *amici*, Professor Aziz Huq, is the Frank and Bernice J. Greenberg Professor of Law at the University of Chicago. His research and teaching interests include constitutional law, criminal procedure, federal courts and legislation, and his scholarship focuses on the interaction of constitutional design with individual rights and liberties.

*Amici* also have expertise in administrative law. For example, Professor Seth Davis teaches Administrative Law at the University of California, Irvine School of Law, and his scholarship focuses on federal litigation and federal administrative law, particularly as it relates to the creation of rights of action or the allocation of lawmaking authority. His work has appeared or is forthcoming in leading law reviews, including the *Columbia Law Review*, the *California Law Review*, and the *Vanderbilt Law Review*.

*Amici* also include doctrinal and clinical professors with a depth of immigration law experience. Professor Annie Lai is the co-director of the Immigrant Rights Clinic at the University of California-Irvine. She and Professor Christopher Lasch research and write on the intersection of criminal and immigration law. Professor Caitlin Barry is the Director of the Farmworker Legal Aid Clinic at Villanova Law School, where she teaches a clinic seminar and supervises student-advocates in immigration matters.

On the basis of their expertise, scholarship, and experience in the fields of administrative, constitutional, and immigration law, *amici* meet the broad discretionary standard for filing an *amicus curiae* brief. *See Sciotto*, 70 F. Supp. 2d at 554 (E.D. Pa. 1999). *Amici* have special expertise in separation of powers, spending clause, and complex immigration issues that both provide them with a "special interest" in the litigation and will be "timely and useful" to the Court. *See id.* at 555. A similar brief filed by these *Amici* was accepted in a case arising out of the same policies brought by the City of Chicago. *City of Chicago v. Sessions,* No. 17-cv-5720, ECF No. 53 (N.D. Ill. Aug. 31, 2017). Moreover, the potential ramifications of this case go far beyond the parties, as the outcome may determine the fate of federal funding, not only for the City of Philadelphia, but also for many other jurisdictions around the country. For the foregoing reasons, the motion for leave to file an *amici curiae* brief should be granted.

10044565v.1

Dated: October 19, 2017

        Respectfully submitted,

        */s/ Harry Sandick*

        HARRY SANDICK (*pro hac vice* pending)
        JAMISON DAVIES (*pro hac vice* pending)
        MICHAEL D. SCHWARTZ (*pro hac vice* pending)
        Patterson Belknap Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036
        hsandick@pbwt.com
        jmdavies@pbwt.com
        mschwartz@pbwt.com

        */s/ Ira N. Richards*

        IRA N. RICHARDS (PA Bar No. 501879)
        Schnader Harrison Segal & Lewis LLP
        1600 Market St., Suite 3600
        Philadelphia, PA 19103
        irichards@schnader.com

# CERTIFICATE OF SERVICE

       I hereby certify that on October 19, 2017, I electronically filed the foregoing Memorandum of Law In Support of Motion of Administrative Law, Constitutional Law, and Immigration Law Scholars for Leave to File an *Amici Curiae* Brief in Support of Plaintiff's Motion for a Preliminary Injunction using the CM/ECF system, which will send notification of such filing to all parties of record.

                                        */s/ Ira N. Richards*
                                        Attorney for *Amici Curiae*