UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA<br><br>*Plaintiff*,<br><br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III,<br>Attorney General of the United States, in<br>his official capacity,<br><br>*Defendant*. | Civ. Action No. 17-3894<br>Hon. Michael M. Baylson |

**[PROPOSED] ORDER GRANTING MOTION OF ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND IMMIGRATION LAW SCHOLARS FOR LEAVE TO FILE BRIEF *AMICI CURIAE***

It is hereby ordered that the motion of Scholars of Administrative Law, Constitutional Law, and Immigration Law to file their brief *Amici Curiae* is GRANTED.

Date: _____        _____
                               Hon. Michael M. Baylson
                               United States District Judge

10044584v.1