**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE CITY of PHILADELPHIA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States,<br><br>    Defendant. | Case No. 2:17-cv-03894-MMB |

## NOTICE OF PLAINTIFF'S OCTOBER 27, 2017 RESPONSE TO THE DEPARTMENT OF JUSTICE

Pursuant to the Court's instruction during the October 26, 2017 evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, Plaintiff City of Philadelphia ("the City" or "Philadelphia"), by and through its counsel, respectfully submits the attached copy of a letter from the City to the Department of Justice sent on October 27, 2017, in response to the Department's letter of October 11, 2017. Both letters pertain to the certification sent by the City to the Department on June 22, 2017, pursuant to a condition included in the City's FY 2016 JAG grant, stating that the City complies with 8 U.S.C. § 1373 as lawfully applied.

DATED: October 27, 2017                      Respectfully submitted,

                                                         /s/ Virginia A. Gibson

SOZI PEDRO TULANTE, I.D. NO. 202579         VIRGINIA A. GIBSON, I.D. NO. 32520

| | |
|---|---|
| City Solicitor | SARA ARONCHICK SOLOW, I.D. NO. 311081 |
| MARCEL S. PRATT, I.D. NO. 307483 | JASMEET K. AHUJA, I.D. NO. 322093 |
| Chair, Litigation Group | ALEXANDER B. BOWERMAN, I.D. NO. 321990 |
| LEWIS ROSMAN, I.D. NO. 72033 | HOGAN LOVELLS US LLP |
| Senior Attorney | 1735 Market Street, 23rd Floor |
| CITY OF PHILADELPHIA LAW DEPARTMENT | Philadelphia, PA 19103 |
| 1515 Arch Street, 17th Floor | (267) 675-4600 |
| Philadelphia, PA 19102 | virginia.gibson@hoganlovells.com |
| | |
| ROBERT C. HEIM, I.D. NO. 15758 | NEAL K. KATYAL (*pro hac vice*) |
| JUDY L. LEONE, I.D. NO. 041165 | DANIEL J.T. SCHUKER (*pro hac vice*) |
| FRIEDRICH-WILHELM W. SACHSE, I.D. NO. 84097 | HOGAN LOVELLS US LLP |
| DECHERT LLP | 555 Thirteenth Street, NW |
| Cira Centre | Washington, DC 20004 |
| 2929 Arch Street | |
| Philadelphia, PA 19104 | |
| (215) 994-4000 | |

*Attorneys for the City of Philadelphia*

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, the foregoing document was served electronically by the Court's CM/ECF system on all counsel of record in this case.

October 27, 2017

*Virginia A. Gibson*

VIRGINIA A. GIBSON, I.D. NO. 32520
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
(267) 675-4600
virginia.gibson@hoganlovells.com