# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

## ORDER RE: PENDING MOTION FOR PRELIMINARY INJUNCTION

**AND NOW**, this 15th day of November, 2017, upon consideration of the Motion for Preliminary Injunction filed by Plaintiff City of Philadelphia (the "City" or "Philadelphia"), Defendant's opposition thereto, and the arguments of counsel, it is hereby **ORDERED** that Philadelphia's Motion is **GRANTED**.

It is **ORDERED** that Defendant and his assistants, deputies, agents, designees, and subordinates, as well as any person acting in concert or participation with them, are enjoined from rejecting Philadelphia's FY 2017 application for Byrne JAG funding or withholding any FY 2017 Byrne JAG funding from Philadelphia based on Philadelphia's certification of compliance with 8 U.S.C. § 1373. The City has demonstrated a likelihood of success on its claim that it substantially complies with Section 1373 as lawfully and constitutionally construed.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**
