IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

## PRETRIAL ORDER

**AND NOW**, this 21st day of November, 2017, it is hereby **ORDERED** as follows:

1. The Court will hold a Rule 16 pretrial conference on December 13, 2017 at 10:00 a.m. Out-of-town counsel may appear by telephone.

2. If either party desires pretrial discovery, please be prepared to describe the extent and topics of discovery that might be relevant, and the time period. These should be discussed between counsel prior to the conference and the parties shall submit a joint discovery plan, or in separate plans, at least 48 hours prior to the conference.

3. The Court is considering appointment of a Master to meet with the parties and review the facts relating to the Court's determination that Philadelphia is in "substantial compliance" with the JAG conditions. Modifications, either in the conditions, or the City's policies, may be fruitful and in the public interest. A Master, meeting with the parties and their various agents, in a limited time frame, may be the best method to determine if there should be modifications or other provisions.

4. Setting date for final hearing.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Pretrial Order.docx