IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

**PRETRIAL SCHEDULING ORDER**

**AND NOW**, this 21st day of December, 2017, following a hearing on December 20, 2017, and considering the suggestions of counsel, the following schedule is **ORDERED**:

1. The parties may serve written discovery requests (interrogatories, document requests, and requests for admissions) immediately.

2. Responses, including objections, are due as of January 22, 2018. Objections must be specific to the discovery request and counsel should avoid "boilerplate" objections.

3. The Court will hold a pretrial conference in this case on Wednesday, January 24, 2018 at 10:00 a.m. to discuss discovery and any other pretrial matters. Out-of-town counsel may appear by telephone, with at least 24 hours' notice to Deputy Clerk, Lori DiSanti.

4. The City shall file an amended complaint as of January 5, 2018. Defendants shall respond to the amended complaint by January 23, 2018.

5. Counsel will discuss and attempt to resolve objections to discovery prior to the pretrial conference.

6. At the pretrial conference, the Court will consider the appointment of a Special Master. The City suggested the Special Master be a Magistrate Judge in this Court.

7. Counsel will be prepared at the pretrial conference to discuss the amount of time that will be required to produce documents should their objections to written discovery requests be

overruled, and depositions requested.

8. The Court's preliminary view is that some limited discovery may be appropriate as to current practices of the City and ICE and communications between them, but that extensive discovery into background facts is unlikely to be relevant.

9. The Court intends, at the pre-trial conference, to set a deadline for discovery and a date for a final hearing, to be followed by final briefs.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Pretrial Sched Order 12212017.docx