UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>*Plaintiff*,<br><br>v.<br><br>JEFF SESSIONS, in his official capacity as Attorney General of the United States,<br><br>*Defendant*. | Case No. 2:17-cv-03894-MMB |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant Jeff Sessions, Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order each dated November 15, 2017 (Dkt. Nos. 74 and 75).

DATED:  January 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

LOUIS D. LAPPEN
Acting United States Attorney

JOHN R. TYLER
Assistant Director

 */s/ Arjun Garg*
ARJUN GARG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Arjun Garg, hereby certify that on January 16, 2018 I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                                     */s/ Arjun Garg*
                                                    ARJUN GARG