UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>                              *Plaintiff*,<br>v.<br><br>JEFF SESSIONS, in his official capacity as Attorney General of the United States,<br><br>                              *Defendant*. | Case No. 2:17-cv-03894-MMB |

## NOTICE REGARDING ORDER APPOINTING MASTER

Defendant respectfully submits this Notice in connection with the statement in the Court's January 18, 2018 Order Appointing Master (Dkt. No. 88) that "[c]ounsel for Defendants hav[e] proposed Magistrate Judge David R. Strawbridge for this position." For the purpose of clarifying the record, Defendant (including counsel for Defendant) has not consented to appointing any Master in this case, nor proposed any particular person for such an appointment. Defendant respectfully reserves all rights to seek relief from the Order Appointing Master.

DATED:  January 19, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

LOUIS D. LAPPEN
Acting United States Attorney

JOHN R. TYLER
Assistant Director

 */s/ Arjun Garg*
ARJUN GARG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW

1

        Washington, DC 20530
        Phone: (202) 305-8613
        Fax: (202) 616-8470
        E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Arjun Garg, hereby certify that on January 19, 2018 I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                                             */s/ Arjun Garg*
                                                             ARJUN GARG