IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The City of Philadelphia, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 17-3894 |
| | : | |
| v. | : | |
| | : | |
| Jefferson Beauregard Sessions III, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

 Kindly enter my appearance on behalf of Amicus The State of New York in this matter.

          _____/glk/_____
          Gilda L. Kramer, Esquire
          PA ID # 35992
          Gilda L. Kramer & Associates, LLC
          1528 Walnut Street, Suite 501
          Philadelphia, PA 19102
          Telephone: (215) 732-4055
          Fax: (215) 732-2736
          gkramer@gildakramer.com

February 15, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2018, the foregoing document was filed with the Clerk of the Court using the EFC system of the U.S. District Court for the Eastern District of Pennsylvania, which will serve the same via electronic filing upon all counsel of record.

                                                    _____/glk/_____
                                                    Gilda L. Kramer, Esquire
                                                    PA ID # 35992
                                                    Gilda L. Kramer & Associates, LLC
                                                    1528 Walnut Street, Suite 501
                                                    Philadelphia, PA 19102
                                                    Telephone: (215) 732-4055
                                                    Fax: (215) 732-2736
                                                    gkramer@gildakramer.com

February 15, 2018