IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

### ORDER FOLLOWING PRETRIAL HEARING

**AND NOW** this 20th day of February, 2018, following a recorded telephone hearing with counsel on February 16, 2018, and noting that some rulings that were made during the hearing will not be repeated, it is hereby **ORDERED**:

1. Plaintiff shall revise Interrogatories 18 and 19 and Plaintiff's Motion to Compel (ECF 113) is **GRANTED** in part and **DENIED** in part.

2. Defendant shall respond to Plaintiff's Interrogatories 18 and 19, as revised, and complete its production of documents by March 2, 2018.

3. The City of Philadelphia has agreed to answer Defendant's Interrogatory 4.

4. It is further **ORDERED** that representatives of the City and ICE shall meet again with Judge Strawbridge to further explore exchanging relevant information and access to records, databases, etc. and use this process to identify any topics as to which either party suggests that the other party is not providing adequate information. This conference shall take place as soon as practicable. The Court will request that Judge Strawbridge prepare a Report and Recommendation following these conferences, preferably by April 13, 2018.

5. The trial in this case is scheduled to start on April 30, 2018. The Court will direct the parties as follows:

      a.      Plaintiff shall prepare a proposed Stipulation of Facts as to which there is no genuine dispute and Statement of Legal Contentions and serve these upon Defendant by March 9, 2018;

      b.      Defendant shall respond and assert counterstatements within 14 days to which the Plaintiff shall reply within 14 days.

      c.      In view of this exchange, the Court will not require either party to submit proposed Findings of Fact prior to the start of the trial.

6.      The Plaintiff shall identify its trial exhibits no later than March 15, 2018. Defendant shall respond as to any objections and/or other exhibits it intends to introduce within 14 days.

7.      The parties shall serve any designations from prior transcripts and depositions not later than March 30, 2018.  Counter-designations or objections shall be served within seven (7) days.

8.      The Court will have a Final Pretrial Conference on April 16, 2018 at 4:00 p.m. in Courtroom 3A.  Out-of-town counsel may participate by telephone with at least 24 hours' notice to Deputy Clerk, Lori DiSanti (267-299-7520).

9.      Trial briefs shall be filed by April 23, 2018.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 order following pretrial hrg.docx