IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CITY OF PHILADELPHIA | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO.   17-3894 |
| | : | |
| JEFFERSON BEAUREGARD SESSIONS, III | : | |

## NOTICE

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status p**reviously scheduled for February 26, 2018 is **CANCELLED.**   A Status Conference will be held in the above-captioned matters with Magistrate Judge David R. Strawbridge on **Tuesday, March 6, 2018 at 4:30 p.m.** Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph:   267-299-7790).

 

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   February 23, 2018

-Notice filed via ECF