IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CITY OF PHILADELPHIA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-3894 |
| | : | |
| JEFFERSON BEAUREGARD SESSIONS, III | : | |

**NOTICE**

AND NOW, this 8th day of March 2018, following upon the unrecorded telephone conference of March 6, 2018, and in an effort to comply with Judge Baylson's order of February 20, 2018, it is noted that:

1. The parties have engaged with me pursuant to Judge Baylson's order of February 20, 2018, paragraph 4;

2. The parties have confirmed that the discovery to be produced pursuant to that order by March 2, 2018 has been produced;

3. Plaintiff has further proposed that we next identify and outline the categories of information the Plaintiff collects in its various records and databases that one or both parties may consider relevant to the issues before the Court;

4. Plaintiff represents that it has done so by its March 6, 2018 letter to me (and copied to Defendant);

5. The Defendant has agreed to respond to the City's letter of March 6, 2018 by March 13, 2018; and

6. A status call with both parties shall take place at 4:00pm on March 15, 2018. Counsel for Plaintiff is directed to initiate this call to Chambers (267-299-7790).

BY THE COURT:


__/s/ David R. Strawbridge, USMJ_____
David R. Strawbridge
United States Magistrate Judge