IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

### ORDER RE: MOTION TO DISMISS

**AND NOW**, this 13th day of March, 2018, upon consideration of Defendant Jefferson Beauregard Sessions III's Motion to Dismiss the Amended Complaint (ECF 102), and for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Order Denying Def MTD.docx