UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>                *Plaintiff*,<br>v.<br><br>JEFF SESSIONS, in his official capacity as Attorney General of the United States,<br><br>                *Defendant*. | Case No. 2:17-cv-03894-MMB |

## MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all of Plaintiff's claims. The grounds for summary judgment are set forth in the accompanying memorandum of law and statement of undisputed facts, both of which are attached hereto. Defendant also supports this summary judgment motion with the Declaration of Brad P. Rosenberg (including the exhibits attached thereto), which is being filed concurrently with this motion as a separate docket entry. Defendant requests oral argument on this motion.

DATED:  April 13, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM M. MCSWAIN
United States Attorney

JOHN R. TYLER
Assistant Director

 */s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
RACHAEL L. WESTMORELAND
ARJUN GARG
Attorneys
U.S. Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

Phone: (202) 514-3374
Fax: (202) 616-8460
E-Mail: brad.rosenberg@usdoj.gov
       rachael.westmoreland@usdoj.gov
       arjun.garg@usdoj.gov

*Counsel for Defendant*