UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CITY of PHILADELPHIA,

    Plaintiff,

v.

JEFFERSON BEAUREGARD SESSIONS III,
in his official capacity as Attorney General of the United States,

    Defendant.

Case No. 2:17-cv-03894-MMB

**CITY OF PHILADELPHIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Plaintiff City of Philadelphia (the "City" or "Philadelphia") hereby moves this Court for an Order granting partial summary judgment in favor of Philadelphia on Counts I, II, and III of the City's Amended Complaint for Declaratory, Injunctive, and Mandamus Relief, holding that the Challenged Conditions that the Attorney General of the United States has imposed on the Edward Byrne Memorial Justice Assistance Grant are *ultra vires* and violate the separation of powers, and that the Attorney General's decision to impose the conditions was arbitrary and capricious. The City further moves this Court for an Order permanently enjoining the Attorney General from attaching the Challenged Conditions to the City's FY 2017 award.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and the Statement of Undisputed Material Facts contained therein; the pleadings and records on file in this action; any matters of which the Court may take judicial notice; and any further argument as may be presented on this Motion.

DATED: April 13, 2018                                     Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Virginia A. Gibson |
| MARCEL S. PRATT, I.D. NO. 307483 | VIRGINIA A. GIBSON, I.D. NO. 32520 |
|   Acting City Solicitor | SARA ARONCHICK SOLOW, I.D. NO. 311081 |
| LEWIS ROSMAN, I.D. NO. 72033 | JASMEET K. AHUJA, I.D. NO. 322093 |
|   Senior Attorney | ALEXANDER B. BOWERMAN, I.D. NO. 321990 |
| CITY OF PHILADELPHIA LAW DEPARTMENT | HOGAN LOVELLS US LLP |
| 1515 Arch Street, 17th Floor | 1735 Market Street, 23rd Floor |
| Philadelphia, PA 19102 | Philadelphia, PA 19103 |
|  | (267) 675-4600 |
| ROBERT C. HEIM, I.D. NO. 15758 | virginia.gibson@hoganlovells.com |
| JUDY L. LEONE, I.D. NO. 041165 |  |
| FRIEDRICH-WILHELM W. SACHSE, I.D. NO. 84097 | NEAL K. KATYAL (*pro hac vice*) |
| DECHERT LLP | KIRTI DATLA (*pro hac vice*)* |

1

| | |
|---|---|
| Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000 | REEDY C. SWANSON (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br><br>\*Admitted only in Texas; supervised by firm members |

*Attorneys for the City of Philadelphia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018 the foregoing Motion and its supporting documents were filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

April 13, 2018                                           /s/ Virginia A. Gibson
                                                                 VIRGINIA A. GIBSON, I.D. NO. 32520
                                                                 HOGAN LOVELLS US LLP
                                                                 1735 Market Street, 23rd Floor
                                                                 Philadelphia, PA 19103
                                                                 (267) 675-4600
                                                                 virginia.gibson@hoganlovells.com