IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE CITY OF PHILADELPHIA<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES | CIVIL ACTION<br><br>NO. 17-3894 |
|---|---|

## ORDER

**AND NOW** this 6th day of June, 2018, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. Plaintiff shall draft and serve on Defendant a proposed decree carrying out the Court's conclusions by close of business on Friday, June 15, 2018. Counsel shall confer on the appropriate language, and submit either a proposed joint decree and final judgment, or separate proposed forms, by June 25, 2018.

2. If there are substantive issues on the language of the decree the Court will schedule a recorded telephone conference for Wednesday, June 27, 2018 at 3:00 p.m.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 17\17-3894 City v Sessions\17cv3894 Order on Final Adjudication Memorandum.docx