UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CITY OF PHILADELPHIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JEFFERSON BEAUREGARD SESSIONS III,** in his official capacity as Attorney General of the United States,<br><br>*Defendant.* | Case No. 2:17-cv-03894-MMB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Jefferson Beauregard Sessions III, Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment and Decree dated June 28, 2018 (Dkt. No. 228), including all opinions and orders that merge into or describe that Final Judgment and Decree, such as but not limited to this Court's Memorandum Opinion dated June 6, 2018 (Dkt. No. 224) and this Court's Memorandum re: Court's Addition to Final Judgment and Decree dated June 28, 2018 (Dkt. No. 229).

DATED:  July 24, 2018               Respectfully submitted,

                                    CHAD A. READLER
                                    Acting Assistant Attorney General

                                    WILLIAM M. MCSWAIN
                                    United States Attorney

                                    JOHN R. TYLER
                                    Assistant Director

                                    /s/ Brad P. Rosenberg
                                    BRAD P. ROSENBERG
                                    (D.C. Bar No. 467513)
                                    DANIEL SCHWEI
                                    Senior Trial Counsel
                                    RACHAEL L. WESTMORELAND
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave, NW
                                    Washington, DC 20530
                                    Phone: (202) 514-3374
                                    Fax: (202) 616-8460
                                    E-Mail:  brad.rosenberg@usdoj.gov
                                             daniel.s.schwei@usdoj.gov
                                             rachael.westmoreland@usdoj.gov

                                    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Brad P. Rosenberg, hereby certify that on July 24, 2018, I electronically filed the foregoing Notice of Appeal using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                                       */s/ Brad P. Rosenberg*
                                                   BRAD P. ROSENBERG