# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

Case No. 18-2648

_____

CITY OF PHILADELPHIA

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No.:  2-17-cv-03894)
District Judge:  Honorable Michael M. Baylson

_____

Argued on November 7, 2018

Before:  AMBRO, SCIRICA and RENDELL, Circuit Judges

## **JUDGMENT**

This case came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was argued on November 7, 2018.

On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the Order of the District Court

entered June 28, 2018, is hereby **affirmed**.

**It is further ORDERED** that the Order that pertains to the judicial warrant requirement is **vacated.**

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Date: February 15, 2019

**Certified as a true copy and issued in lieu
of a formal mandate on** __07/02/19__

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2